RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiff
4 and 1 Nutrition, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4 AND 1 NUTRITION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SUN BROTHERS, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.: CV12-00357-GAF (MANx)<br><br>**DECLARATION OF JIM D. BAUCH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion for Partial Summary Judgment, Separate Statement of Undisputed Material Facts, and Declarations of David Janow, Robert Bransky, and Michael Shurgot filed concurrently herewith; [proposed] Order lodged concurrently herewith.]<br><br>[Fed. R. Civ. P. 56]<br><br>Hearing<br>Date: December 24, 2012<br>Time: 9:30 a.m.<br>Courtroom 740 [Roybal Building]<br>Judge: Hon. Gary Allen Feess<br><br>Action Filed: January 13, 2012<br>Discovery Cut-Off: February 1, 2013<br>Trial Date: April 30, 2013 |

DECLARATION OF JIM D. BAUCH - 1

# DECLARATION OF JIM D. BAUCH

I, Jim D. Bauch, Esq., hereby state and declare as follows:

1. I am an attorney employed by Lapidus & Lapidus, a Professional Law Corporation, counsel in this action for plaintiff 4 and 1 Nutrition, LLC ("Plaintiff"). I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment against defendant Sun Brothers, LLC ("Defendant"). I have personal knowledge of the facts contained herein and if called as a witness I could and would testify competently thereto.

2. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's First Amended and Supplemental Complaint filed with the Court in this action.

3. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant's Answer to the First Amended and Supplemental Complaint filed with the Court in this action.

4. Attached hereto as **Exhibit 8** and **Exhibit 9** are true and correct copies, respectively, of Plaintiff's First Set of Interrogatories to Defendant (Exhibit 8) and Defendant's Amended and Restated Verified Answers to Plaintiff's First Set of Interrogatories and Responses to Requests for Production of Documents and Things (Exhibit 9).

///
///
///
///
///
///
///
///
///

5. On July 27, 2012, I called counsel for Defendant, Jones Waldo Holbrook & McDonough, PC, and spoke with Mr. Brett D. Edkins, Esq. to conduct the conference of counsel required under Central District Local Civil Rule 7-3. I discussed with Mr. Edkins the substance of Plaintiff's Motion. No resolution was reached at the conclusion of the conference that would otherwise eliminate the necessity for a hearing on Plaintiff's Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2012 at Beverly Hills, California.

_____/s/_____
JIM D. BAUCH