1   RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
2   DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
3   JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
4   LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
5   177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
6   TEL: 310-550-8700
FAX: 310-943-2471
7
Attorneys for Plaintiff
8   4 and 1 Nutrition, LLC

9
10               UNITED STATES DISTRICT COURT
11               CENTRAL DISTRICT OF CALIFORNIA

12
13   4 AND 1 NUTRITION, LLC, a            CASE NO.:  CV12-00357-GAF
Delaware limited liability company,     (MANx)
14                                        **DECLARATION OF ROBERT
**BRANSKY IN SUPPORT OF
15          Plaintiff,                    PLAINTIFF'S MOTION FOR
**PARTIAL SUMMARY
**16          vs.                          **JUDGMENT**

17                                        [Notice of Motion and Motion for
SUN BROTHERS, LLC, a Nevada             Partial Summary Judgment, Separate
18   limited liability company,           Statement of Undisputed Material
Facts, and Declarations of David
19                                        Janow, Michael Shurgot, and Jim D.
Defendants.                    Bauch filed concurrently herewith;
20                                        [proposed] Order lodged concurrently
herewith.]
21
[Fed. R. Civ. P. 56]
22
                                    Hearing
23                                        Date: December 24, 2012
Time: 9:30 a.m.
24                                        Courtroom 740 [Roybal Building]
Judge: Hon. Gary Allen Feess
25
                                    Action Filed: January 13, 2012
26                                        Discovery Cut-Off: February 1, 2013
Trial Date: April 30, 2013
27

28

_____

DECLARATION OF ROBERT BRANSKY – 1

# DECLARATION OF ROBERT BRANSKY

I, Robert Branksy, hereby state and declare as follows:

1.      I am the President of 4 and 1 Nutrition, LLC ("Plaintiff"), a Delaware limited liability company, the plaintiff in this action.  I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment.  I have personal knowledge of the facts contained herein and if called as a witness I could and would testify competently thereto.

2.      On behalf of Plaintiff, I, along with David Janow, were responsible for all negotiations and communications with defendant Sun Brothers, LLC ("Defendant") concerning Plaintiff's agreement to license Defendant the rights to use certain of Plaintiff's rice protein formula and Defendant's agreement to purchase exclusively from Plaintiff all ingredients necessary for the production of Plaintiff's rice protein formula.

3.      In or about December 2009, Defendant and Plaintiff entered into a written Sales and License Agreement, which was amended on January 14, 2012.

4.      At no time during the term of the Sales and License Agreement did Defendant provide Plaintiff with reasonably developed forecasts of its ingredients needs for the upcoming three months.

5.      At no time during the term of the Sales and License Agreement did Plaintiff indicate, either in writing or orally, that it would be unable to fulfill any of Defendant's order requests nor did Plaintiff ever indicate that it would be unable to fulfill any of Defendant's order requests.

///

///

///

///

///

DECLARATION OF ROBERT BRANSKY – 2

6.      Defendant never asked Plaintiff for permission to obtain the ingredients necessary for the production of Plaintiff's rice protein formula from any other vendor, including, but not limited to, Natural Ops. Natural Ops is not an entity related to and/or otherwise associated with Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August /0 2012 at _____, California.

_____
ROBERT BRANSKY

DECLARATION OF ROBERT BRANSKY - 3